IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA										PLAINTIFF

V.					CASE NO. 4:14-CR-00249-01 BSM

ALEX COLEMAN												DEFENDANT

## ORDER

Pending before the Court is Defendant's Motion for Reconsideration of Detention Order (DE #97). The motion is DENIED without a hearing.

SO ORDERED this 12th day of September, 2016.

_____
UNITED STATES MAGISTRATE JUDGE