## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                      **PLAINTIFF**

**v.**                              **NO. 4:14CR0249-01 BSM**

**ALEX COLEMAN**                                                  **DEFENDANT**

### AMENDMENT TO JUDGMENT & COMMITMENT ORDER

The Judgment & Commitment Order entered on July 19, 2017, is hereby amended to reflect that the defendant's USM Number is #28929-009.

IT IS SO ORDERED this 24th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE