# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          CASE NO. 4:14-CR-00249 BSM

ALEX COLEMAN                                                DEFENDANT

## FINAL ORDER OF FORFEITURE

Defendant Alex Coleman's interest in one Browning 9mm pistol, serial number 245NM37377; assorted ammunition; and $32,378 in U.S. currency were preliminarily forfeited [Doc. No. 171]. The preliminary order of forfeiture provided that it would become final after Coleman was sentenced and if no third party filed a timely claim to the property. The preliminary order is now final because Coleman has been sentenced and no one has claimed the property. The United States has all right, title, and interest in the property and may dispose of it according to law. Any prior claims to the property are hereby extinguished.

IT IS SO ORDERED this 19th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE